UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-192 (PAM/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Dan Thanh Nguyen, | |
| Defendant. | |

This matter is before the Court on Defendant's Request for Travel Authorization. The Court will sentence Defendant on June 20, 2007 in the United States District Court for the District of Minnesota. Defendant has been released from custody, currently resides in Lawrence, Massachusetts, and is financially unable to provide the necessary transportation to appear before the Court. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Request for Travel Authorization (Docket No. 89) is **GRANTED**;

2. Defendant shall appear before the Court by 10:30 a.m. on June 20, 2007;

3. The United States Marshal furnish the Defendant transportation to appear before the Court and transportation to return to Lawrence, Massachusetts after the sentencing hearing as authorized by 18 U.S.C. § 4285; and

4. The United States Marshal shall furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a).

Dated: May 29, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge